```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 : 
UNITED STATES OF AMERICA :
 : 20 mj 2797(VEC)
   - v. - :
 : ORDER
MACK DOUDU, :
 :
                        Defendant. :
------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the Arraignment currently scheduled for Tuesday, September 15, 2020 at 10:30 a.m., will now be held in Courtroom 443, 40 Foley Square.

SO ORDERED:

Dated:   New York, New York
         September 14, 2020

_____
VALERIE CAPRONI
United States District Judge