**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 18, 2020

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/18/2020

**MEMO ENDORSED**

Re:   **United States v. Mack Duodu,**
      **20 Cr. 482 (VEC)**

Dear Judge Caproni:

I write concerning Mr. Duodu's bail conditions.

First, at Tuesday's conference, the Court orally modified Mr. Duodu's bond, with the government's consent, to allow the remaining two cosigners to be moral-suasion cosigners rather than financially responsible persons. I understand that the Clerk's Office needs a written directive from the Court to effect this change to the bond before those individuals can sign. I therefore ask the Court to confirm this modification by endorsing this letter.

Second, following the discussion on the record concerning Mr. Duodu's proposed work, I was able to obtain more information about the renovation work opportunity and the parties engaged in fruitful discussions. I now ask the Court to modify Mr. Duodu's home-incarceration condition to permit him to perform construction and renovation-type work in the Southern or Eastern Districts of New York with the following additional conditions: (1) that the work occur during regular business hours (though Mr. Duodu may travel to and from work outside of those hours, as approved by Pretrial Services) and (2) that interior work occur only in vacant apartments or houses, i.e., spaces empty of occupant belongings. So limited, the government has no objection to this proposed modification. Pretrial Services also has no objection to the proposed modification.

Respectfully submitted,
/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Jonathan Rebold

Application GRANTED.

Defendant's recognizance bond must be cosigned by one financially responsible person and two persons for moral suasion. *See* Dkt. 29.

Defendant's home incarceration is hereby modified so that he can work in construction and renovation during regular business hours or during hours as approved by Pretrial Services and that the work be limited to vacant apartments or houses, that are empty of occupant belongings.

SO ORDERED.

Date: September 18, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE