**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020

December 10, 2020

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   **United States v. Mack Duodu,**
      **20 Cr. 482 (VEC)**

Dear Judge Caproni:

    I write with the consent of Pretrial Services and no objection from the government to request that the Court modify Mr. Duodu's bail conditions to place him on a curfew, with the hours to be set by Pretrial Services, in lieu of home incarceration.

    Mr. Duodu is in compliance with the conditions of release and has been compliant since his March 18, 2020 release. He obtained the Court's permission to do construction and renovation-type work to exteriors and unoccupied interiors on September 18, 2020, and has engaged in that work without incident since that time. Mr. Duodu requests to move to a curfew now so that he can go to stores for supplies when his elderly boss needs him to do so, run personal errands with more flexibility, and pursue additional appropriate work opportunities consistent with the current limitations on his work.

    Mr. Duodu's supervising U.S. Pretrial Services Officer, Ashley Cosme, consents to this request. Assistant U.S. Attorney Jonathan Rebold defers to Pretrial Services.

Respectfully submitted,
/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Jonathan Rebold
      USPSO Ashley Cosme (by email)

Application GRANTED.  Mr. Duodu's bail conditions are hereby modified from home incarceration to a curfew to be set by pretrial services.

SO ORDERED.

*[Signature: Valerie Caproni]*

Date: December 10, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE