USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
    UNITED STATES OF AMERICA                :

                -against-                :      20-CR-482 (VEC)

    MACK DUODU,                          :      ORDER
                     Defendant.    :
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 18, 2021, the parties informed the Court that they would like to discuss logistics in this matter;

       IT IS HEREBY ORDERED that the parties must appear at a telephone conference on **Tuesday, March 23, 2021, at 11:00 A.M.** All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 0482. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

       IT IS FURTHER ORDERED that if Mr. Duodu wishes to waive appearance and appear solely via counsel at this conference, then he must file a waiver of appearance by no later than **Monday, March 22, 2021**. Otherwise, Mr. Duodu will be expected to appear at the telephone conference.

**SO ORDERED.**

**Date:  March 19, 2021**
       **New York, NY**                                               **VALERIE CAPRONI**
                                                               **United States District Judge**