USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA

                -against-                            20-CR-482 (VEC)

    MACK DUODU,                                             ORDER
                                  Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a telephonic status conference is currently scheduled for Tuesday, March 23, 2021, at 11:00 A.M.;

       IT IS HEREBY ORDERED that due to a recent change in the Court's calendar, the status conference is adjourned to **Tuesday, March 23, 2021, at 11:30 A.M.**

**SO ORDERED.**

Date:  March 19, 2021
         New York, NY

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**