```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -against-                                             :    20-CR-482 (VEC)
                                                                  :
MACK DUODU,                                                       :    ORDER
                             Defendant.                           :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a change of plea hearing was scheduled for Thursday, March 25, 2021, at 4:00 P.M.;

WHEREAS Mr. Duodu did not appear at the proceeding; and

WHEREAS the Court issued a warrant for Mr. Duodu's arrest;

IT IS HEREBY ORDERED that proceedings in this matter are adjourned *sine die*. Upon Mr. Duodu's arrest, the Court will reschedule his change of plea proceeding or if Mr. Duodu no longer wishes to plead guilty, the Court is prepared to proceed to trial on Tuesday, May 4, 2021.

**SO ORDERED.**

**Date:   March 25, 2021**                                      _____
**New York, NY**                                                **VALERIE CAPRONI**
                                                                **United States District Judge**