USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
        -against- : 20-CR-482 (VEC)
:
MACK DUODU, : ORDER
                                Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 18, 2020, Mr. Duodu executed a personal recognizance bond in this matter, Dkt. 7;

      WHEREAS Chantalay Cain executed the bond as a surety, *id.*;

      WHEREAS on September 16, 2020, following a request by Mr. Duodu, the Court modified Mr. Duodu's bail conditions to allow for his recognizance bond to be cosigned by one financially responsible person and two persons for moral suasion, Dkt. 29 at 2;

      WHEREAS the Government alleges that on or about October 5, 2020, Ms. Cain and two others executed the bond, Dkt. 55 ¶ 8;

      WHEREAS on or about March 24, 2021, Mr. Duodu absconded from the supervision of Pretrial Services;

      WHEREAS on March 25, 2021, Mr. Duodu failed to appear at a hearing in this matter;

      WHEREAS on March 29, 2021, the Government noted that Defense counsel had informed the Government that upon Defendant's re-arrest, Defense counsel may seek to be relieved due to a potential conflict of interest, Dkt. 52;

      WHEREAS on April 19, 2021, the Government filed a motion for forfeiture of bond and judgment;

WHEREAS the Government attached a copy of Mr. Duodu's March 18, 2020 personal recognizance as an exhibit to its motion, Dkt. 55-1; and

WHEREAS the Government did not include a copy of the bond executed by the three co-signors on or about October 5, 2020;

IT IS HEREBY ORDERED that by no later than **Friday April 30, 2021**, Defense counsel must inform the Court whether he is seeking to withdraw in this matter. If Defense counsel's request to withdraw is granted, the Court will appoint alternative counsel for Mr. Duodu if and when he is re-arrested. If Defense counsel does not move to withdraw at this time, Defense counsel may still move to withdraw at a later point in these proceedings, such as upon Mr. Duodu's re-arrest.

IT IS FURTHER ORDERED that by no later than **Friday, April 30, 2021**, the Government must file a copy of the bond executed by the three co-signors on or about October 5, 2020. The Government must also email Chambers any contact information that it has for each of the three co-signors.

IT IS FURTHER ORDERED that by no later than **Friday, April 30, 2021**, the Government must file a proposed order to show cause why forfeiture should not be granted and judgment entered against Mr. Duodu and the three co-signors. The Government should leave blank the date, time, and location of the show cause hearing.

**SO ORDERED.**

Date:  April 22, 2021
       New York, NY

_____
VALERIE CAPRONI
United States District Judge