**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2021

April 29, 2021

MEMO ENDORSED

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Mack Duodu,
20 Cr. 482 (VEC)**

Dear Judge Caproni:

I respectfully request to be excused from the bond forfeiture hearing scheduled for May 6, 2021. I am unable to take a position on the government's application.

Respectfully submitted,
/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSAs Jessica Feinstein and Samuel Raymond

---

Application GRANTED.

SO ORDERED.

*[signature]*    Date: April 29, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE