USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MACK DUODU,<br><br>　　　　　　　　Defendant. | 20-CR-482 (VEC)<br><br>ORDER |

VALERIE E. CAPRONI, United States District Judge:

　　WHEREAS on or about March 24, 2021, Mr. Duodu removed his electronic monitoring bracelet, absconded from Pretrial Services supervision in violation of the conditions of his release, and is presently a fugitive; and

　　WHEREAS Defendant Mack Duodu and sureties Chantalay Cain, Larry Duncan, and Madison Bell have been ordered to appear on Thursday, May 6, 2021, at 2:00 P.M. for a court hearing to show cause why forfeiture should not be granted and judgment entered against them, Dkt. 58;

　　IT IS HEREBY ORDERED that the May 6, 2021 hearing is CANCELLED.

　　IT IS FURTHER ORDERED that the Court will hold three hearings in this matter, one for each surety. The schedule is as follows:

1. Mr. Larry Duncan must appear for an in person hearing at the previously scheduled time, **Thursday, May 6, 2021, at 2:00 P.M.**, in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

2. Ms. Chantalay Cain must appear for a telephonic hearing on **Tuesday, May 11, 2021, at 10:00 A.M.** Ms. Cain and the Government must attend by dialing 1-888-363-

4749, using the access code 3121171, and the security code 0482.

3. Ms. Madison Bell must appear for a telephonic hearing on **Thursday, May 20, 2021, at 9:30 A.M.** Ms. Bell and the Government must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 0482.

IT IS FURTHER ORDERED that with respect to the two telephonic hearings, all attendees must call from a location that is largely free from ambient noise, must mute their phones when not speaking, and must self-identify each time they speak. Recording or rebroadcasting proceedings is strictly prohibited by law.

IT IS FURTHER ORDERED that any interested members of the public may listen to these proceedings remotely by dialing 1-888-363-4749, using the access code 3121171 and the security code 0482.

IT IS FURTHER ORDERED that by no later than **Thursday, May 6, 2021 at 12:00 P.M.,** the Government must inform each of the three sureties of their respective hearing date and time. By no later than **Thursday, May 6, 2021, at 1:00 P.M.**, the Government must file a letter on the docket confirming that the three sureties have been notified of the scheduling changes.

The Clerk of Court is respectfully directed to mail a copy of this Order to the sureties Chantalay Cain and Madison Bell at their last known addresses. The Clerk is further directed to note the two mailings on the docket.

**SO ORDERED.**

Date: May 5, 2021
New York, NY

**VALERIE CAPRONI**
**United States District Judge**