USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MACK DUODU,

          Defendant.

20-CR-482 (VEC)

ORDER

VALERIE E. CAPRONI, United States District Judge:

    WHEREAS on or about March 24, 2021, Mr. Duodu removed his electronic monitoring bracelet, absconded from Pretrial Services supervision in violation of the conditions of his release, and is presently a fugitive;

    WHEREAS Defendant Mack Duodu and sureties Larry Duncan, Chantalay Cain, and Madison Bell have been ordered to appear for court hearings to show cause why forfeiture should not be granted and judgment entered against them, Dkt. 58;

    WHEREAS on May 6, 2021, Mr. Duncan appeared for his show cause hearing; and

    WHEREAS Mr. Duncan consented for his telephone number to be shared with the other two sureties;

    IT IS HEREBY ORDERED that by no later than **Tuesday, May 11, 2021,** the Government (a) must share Mr. Duncan's telephone number with Ms. Cain and Ms. Bell; (b) must ask Ms. Cain and Ms. Bell if they consent to the Government providing their phone numbers to Mr. Duncan; and (c) if they consent, the Government must provide their phone numbers to Mr. Duncan. By no later than **Wednesday, May 12, 2021**, the Government must update the Court about the status of this issue.

    IT IS FURTHER ORDERED that the Court will refrain from entering a judgment against

Mr. Duncan for the time being. The Court encourages Mr. Duncan to continue his cooperation with the Government and the HSI case agent. The Court will notify Mr. Duncan before a judgment against him is entered.

The Clerk of Court is respectfully directed to mail a copy of this Order to Larry Duncan, 2414 Creston Avenue, Apt. 30, Bronx, New York 10468, and to note the mailing on the docket.

**SO ORDERED.**

**Date: May 6, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**