USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MACK DUODU,

Defendant.

20-CR-482 (VEC)

ORDER

VALERIE E. CAPRONI, United States District Judge:

WHEREAS on or about March 24, 2021, Mr. Duodu removed his electronic monitoring

bracelet, absconded from Pretrial Services supervision in violation of the conditions of his

release, and is presently a fugitive;

WHEREAS Defendant Mack Duodu and sureties Larry Duncan, Chantalay Cain, and

Madison Bell have been ordered to appear for court hearings to show cause why forfeiture

should not be granted and judgment entered against them, Dkt. 58;

WHEREAS on May 11, 2021, Ms. Cain appeared for her telephonic show cause hearing;

and

WHEREAS at the hearing, Ms. Cain explained that she had asked Ms. Bell to act as a

surety for Mr. Duodu as a favor to her and, accordingly, believes she should be responsible for

any judgment that is entered against Ms. Bell;

IT IS HEREBY ORDERED that the Court will refrain from entering a judgment against

Ms. Cain for the time being.  The Court encourages Ms. Cain to cooperate with the Government

and the HSI case agent in their efforts to locate Mr. Duodu.  The Court will notify Ms. Cain

before a judgment against her is entered.

The Clerk of Court is respectfully directed to mail a copy of this Order to Chantalay

Cain, Madison Bell, and Larry Duncan, and to note the three mailings on the docket.


**SO ORDERED.**

**Date:  May 11, 2021**
        **New York, NY**

                **VALERIE CAPRONI**
             **United States District Judge**