USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MACK DUODU,

           Defendant.

20-CR-482 (VEC)

ORDER

VALERIE E. CAPRONI, United States District Judge:

    WHEREAS on or about March 24, 2021, Mr. Duodu removed his electronic monitoring bracelet, absconded from Pretrial Services supervision in violation of the conditions of his release, and is presently a fugitive;

    WHEREAS Defendant Mack Duodu and sureties Larry Duncan, Chantalay Cain, and Madison Bell have been ordered to appear for court hearings to show cause why forfeiture should not be granted and judgment entered against them, Dkt. 58; and

    WHEREAS on May 20, 2021, Ms. Bell appeared for her telephonic show cause hearing;

    IT IS HEREBY ORDERED that, by no later than **Thursday, July 8, 2021**, the Government must file a status update about the search for Mr. Duodu and the Government's position as to whether the Court should enter judgment against each surety.

    IT IS FURTHER ORDERED that, by no later than **Friday, May 28, 2021**, the Government must file a proposed default judgment of forfeiture against Defendant Mack Duodu.

    IT IS FURTHER ORDERED that, by no later than **Tuesday, May 25, 2021**, the Government must serve this Order on the three sureties either by mail or by email and must file proof of such service on the docket.

**SO ORDERED.**

**Date: May 20, 2021**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**