USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MACK DUODU,

               Defendant.

ORDER AND JUDGMENT

20 Cr. 482 (VEC)

WHEREAS on or about March 24, 2021, Mr. Duodu removed his electronic monitoring bracelet, absconded from Pretrial Services supervision in violation of the conditions of his release, and is presently a fugitive;

WHEREAS on April 19, 2021, the Government moved for an order declaring the $50,000 personal recognizance bond forfeited and entering judgment in the amount of $50,000 against Defendant Mack Duodu and the three sureties who signed his bond, Dkt. 54;

WHEREAS Defendant Mack Duodu and sureties Larry Duncan, Chantalay Cain, and Madison Bell have been ordered to appear for court hearings to show cause why forfeiture should not be granted and judgment entered against them, Dkt. 58; and

WHEREAS Mr. Duodu failed to appear at the show cause hearings;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

1. The $50,000 personal recognizance bond executed by defendant Mack Duodu be and hereby is FORFEITED.

2. Judgment in the amount of $50,000 in favor of the United States of America and against defendant Mack Duodu be and hereby is ENTERED and the United States of America shall have execution therefor.

**SO ORDERED.**

**Date: May 28, 2021**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**