USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MACK DUODU,

          Defendant.

ORDER AND JUDGMENT

20 Cr. 482 (VEC)

This matter having come on to be heard on the motion of Audrey Strauss, United States Attorney for the Southern District of New York, by Samuel Raymond and Jessica Feinstein, Assistant United States Attorneys,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

1. The $50,000 personal recognizance bond executed by suretor Chantalay Cain be and hereby is FORFEITED.

2. Judgment in the amount of $50,000 in favor of the United States of America and against Chantalay Cain be and hereby is ENTERED and the United States of America shall have execution therefor.

SO ORDERED.

Dated: New York, New York
      July 14, 2021

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE